# United States District Courts
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Juan Francisco FUENTES-Perez | Case Number:<br>DR:25-M -05160(1) |

**To: The United States Marshal**
  **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Juan Francisco FUENTES-Perez
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description)

*On November 13, 2025, defendant Juan Francisco FUENTES-Perez, a Venezuelan citizen, was arrested near Eagle Pass, TX, within the Western District of Texas, for conspiracy to transport one illegal alien further into the United States. Agents encountered FUENTES as the driver of a gray Honda Civic sedan at immigration checkpoint (T-914) on H-57. During the immigration inspection, FUENTES was unable to provide any documentation to be here in the US and was escorted to secondary inspection. Once in secondary, Agents requested consent to search the trunk and located one subject curled up inside. Agents performed an immigration inspection on the subject and determined he was illegally present in the US. Post Miranda, FUENTES admitted to conspiring with an unknown facilitator to pick up an illegal alien and transport him to Austin, TX for $1000 USD.*

in violation of Title  **8**  United States Code, Section(s)  **1324(a)(1)(A)(v)(I)**

| | |
|---|---|
| MATTHEW H. WATTERS | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | November, 17, 2025 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $   DETAIN      by   MATTHEW H. WATTERS
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>November 17, 2025 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>November 13, 2025 | KAUTENBERGER, SHANE<br>Border Patrol Agent | /s/ KAUTENBERGER, SHANE |